UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT HEINKE,

    Plaintiff,

    v.

COUNTY OF TEHAMA SHERIFF'S DEPT., CORRECTIONAL OFFICER CLAYTON DELAUGHDER and DOES 1-30,

    Defendants.

_____/

NO. CIV. S-12-2433 LKK/KJN

O R D E R

Pending before the court in the above-captioned matter is Plaintiff's motion to proceed in forma pauperis ("IFP"), pursuant to 28 U.S.C. § 1915. Pl's Mot., ECF No. 3.

28 U.S.C. § 1915(a)(1) provides that:

> [A]ny court of the United States may authorize the commencement . . . of any suit . . . without prepayment of fees . . . by a person who submits an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor. Such affidavit shall state the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress.

1

1    Plaintiff's filed affidavit makes the showing required by 28
2 U.S.C. § 1915(a)(1).  The request to proceed in forma pauperis is
3 therefore granted.
4    A determination that a plaintiff qualifies financially for in
5 forma pauperis status does not complete the inquiry required by
6 Section 1915.  Federal courts must also engage in a preliminary
7 screening of cases in which prisoners seek redress from a
8 governmental entity or officer or employee of a governmental
9 entity.  28 U.S.C. § 1915A(a).  The court must identify cognizable
10 claims or dismiss the complaint, or any portion of the complaint,
11 if the complaint "is frivolous, malicious, or fails to state a
12 claim upon which relief may be granted," or "seeks monetary relief
13 from a defendant who is immune from such relief."  28 U.S.C. §
14 1915A(b)(1),(2).
15    Although Plaintiff's complaint appears to contain some errors
16 in pleading, the court finds that Plaintiff states claims upon
17 which relief may be granted, and the complaint is neither frivolous
18 nor malicious.  The court will rule on the sufficiency of
19 Plaintiff's claims upon the filing of a motion to dismiss.
20    Accordingly, the court GRANTS Plaintiff's motion to proceed
21 in forma pauperis, ECF No. 3.
22    IT IS SO ORDERED.
23    DATED:  October 12, 2012.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT