UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT HEINKE,

    Plaintiff,

                              NO. CIV. S-12-2433 LKK/KJN

    v.

COUNTY OF TEHAMA SHERIFF'S
DEPT., CORRECTIONAL OFFICER         O R D E R
CLAYTON DELAUGHDER and
DOES 1-30,

    Defendants.
_____/

    Pending before the court is Defendants' motion to dismiss Plaintiff's complaint. Defs' Mot., ECF No. 12. Upon consideration of the papers and the oral arguments of the parties, the court ORDERS as follows:

    [1]    Defendants' motion to dismiss, ECF No. 12, is GRANTED, with LEAVE TO AMEND.

    [2]    Defendants SHALL provide Plaintiff with his requested documents within twenty-one (21) days of the issuance of this order.

////

1

1   [3]  Plaintiff has thirty (30) days thereafter to file his
2        amended complaint.
3   IT IS SO ORDERED.
4   DATED:  March 26, 2013.

```
                            _____
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT
```

2