UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT HEINKE,

        Plaintiff,

    v.

COUNTY OF TEHAMA SHERIFF'S
DEPT., CORRECTIONAL OFFICER
CLAYTON DELAUGHDER and
DOES 1-30,

        Defendants.
_____/

NO. CIV. S-12-2433 LKK/KJN

O R D E R

Pending before the court is Defendants' motion to dismiss Plaintiff's complaint. Defs' Mot., ECF No. 12. Upon consideration of the papers and the oral arguments of the parties, the court ORDERS as follows:

    [1]  Defendants' motion to dismiss, ECF No. 12, is GRANTED, with LEAVE TO AMEND.

    [2]  Defendants SHALL provide Plaintiff with his requested documents within twenty-one (21) days of the issuance of this order.

////

1

[3]  Plaintiff has thirty (30) days thereafter to file his
     amended complaint.

IT IS SO ORDERED.

DATED:  March 26, 2013.


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2