UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HEINKE, | CASE NO.:  2:12 cv 02433 LKK KJN |
| Plaintiff, | |
| v. | **ORDER TO AMEND SCHEDULING ORDER AND CONTINUE HEARING DATE** |
| COUNTY OF TEHAMA (SHERIFF'S DEPT.), CORRECTIONAL OFFICER CLAYTON DELAUGHDER, and DOES 1-30, | |
| Defendants. | |

**GOOD CAUSE HAVING BEEN SHOWN** the Scheduling Order issued on May 1, 2013, is hereby amended to extend the deadline for hearing law and motion matters beyond the February 28, 2014, completion date.  The hearing on the Motion for Summary Judgment filed by defendants on January 13, 2014, shall be rescheduled to March 17, 2014, also at 10:00 am.

Plaintiff's opposition shall be filed no later than 4:30 p.m. on February 24, 2014.  Defendants' reply, if any, shall be filed no later than 4:30 p.m. on March 3, 2014.  All other dates shall remain as set.

DATED: January 23, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-1-