UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HEINKE,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF TEHAMA SHERIFF'S DEPT., CORRECTIONAL OFFICER CLAYTON DELAUGHDER and DOES 1-30,<br><br>    Defendants. | No.  CIV. S-12-2433 LKK/KJN<br><br><br><br>**ORDER** |

 The court finds that it must continue the pending motion for summary judgment.  Accordingly, defendants' summary judgment motion (ECF No. 36) is hereby **CONTINUED** to April 21, 2014 at 10:00 a.m. in Courtroom 4.  The matter is already fully briefed, and no further briefing is permitted without leave of court.

 IT IS SO ORDERED.

 DATED:  March 5, 2014.

 /s/ Lawrence K. Karlton
 LAWRENCE K. KARLTON
 SENIOR JUDGE
 UNITED STATES DISTRICT COURT

1