UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HEINKE, | No.  CIV. S-12-2433 LKK/KJN |
| Plaintiff, | |
| v. | **ORDER** |
| COUNTY OF TEHAMA SHERIFF'S DEPT., CORRECTIONAL OFFICER CLAYTON DELAUGHDER and DOES 1-30, | |
| Defendants. | |

The court has determined that defendants' motion for summary judgment, scheduled to be heard on April 21, 2014, can be decided on the papers submitted, and without oral argument.  In addition, the Status (Pretrial Scheduling) Order will be amended as set forth below.

Accordingly,

1. The hearing on the summary judgment motion (ECF No. 36) is hereby **VACATED**;

2. The Status (Pretrial Scheduling) Order (ECF No. 23), is hereby **AMENDED** as follows:

1

                    a.    The final pretrial conference is **CONTINUED** to September 22, 2014 at 1:30 p.m.; and

                    b.    the Jury Trial is **CONTINUED** to December 9, 2014 at 10:30 a.m.

    IT IS SO ORDERED.

    DATED:  April 15, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2